# EXHIBIT 1

| | | |
|---|---|---|
| HCDistrictclerk.com | METHODIST PATHOLOGY ASSOCIATES PLLC vs. CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES LLC | 2/23/2026 |

Cause: 202610907    CDI: 7    Court: 165

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 2/18/2026 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | SWORN ACCOUNT |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 165th |
| **Address** | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:8329272365 |
| **JudgeName** | BRUCE W. BAIN |
| **Court Type** | Civil |

| HCDistrictclerk.com | METHODIST PATHOLOGY ASSOCIATES PLLC vs. CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES LLC | | | 2/23/2026 |
|---|---|---|---|---|
| | Cause: 202610907    CDI: 7    Court: 165 | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 125245892 | Return of Service | | 02/20/2026 | 2 |
| restricted | Plaintiff's Original Petition | | 02/18/2026 | 24 |
| ·> restricted | Exhibit A | | 02/18/2026 | 22 |
| ·> 125189693 | Request for Issuance of Citation | | 02/18/2026 | 1 |

# ORIGINAL PETITION WITH EXHIBIT A FILED UNDER SEAL IN STATE COURT

2/18/2026 10:06:45 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 111389830
By: CUERO, NELSON
Filed: 2/18/2026 10:06:45 AM

**Marilyn Burgess**

2026-10907 / Court: 165

**HARRIS COUNTY DISTRICT CLERK**

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Origianl Petition, Exhibit A, and Citation

FILE DATE: 02/18/2026  Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to**: Defendant: Change Healthcare Technology Enabled Services, LLC

Address of Service: 2595 N. Dallas Pkwy, Suite 350,

City, State & Zip: Frisco, Texas 75034

Agent (if applicable) Registered Agent: United Agent Group Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission/Texas Department of Transportation ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____  (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by CONSTABLE
- [ ] CERTIFIED MAIL by DISTRICT CLERK

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] OTHER, *explain*: Private Process Server

Issuance of Service Requested By: Attorney/Party Name: Kiara C. Gradney    Bar # or ID 24097754

Mailing Address: 1111 Bagby Street, Suite 2100, Houston, Texas 77002

Phone Number: 346-646-6670

4921-6289-5759 v.1

Case 4:26-cv-01475   Document 1-2   Filed 02/23/26 in TXSD   Page 6 of 7

2/20/2026 2:03 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111527593
By: Kelly Puente
Filed: 2/20/2026 2:03 PM

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Harris** | **District Court** |

Case Number: 202610907

Plaintiff:
**METHODIST PATHOLOGY ASSOCIATES PLLC**

vs.

Defendant:
**CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES LLC**

For:
Craig Dillard
Nelson Mullins
1111 Bagby Street
Suite 2100
Houston, TX 77002

Received by Lynx Legal Services, on the 18th day of February, 2026 at 2:51 pm to be served on **Change Healthcare Technology Enabled Services LLC c/o R.A United Agent Group Incorporated, 2595 North Dallas Parkway, Suite 350, Frisco, TX 75034**.

I, Bobby Mgbameh, do hereby affirm that on the **18th day of February, 2026** at **3:51 pm, I:**

served an **LLC, LP or LLP** by delivering a true copy of the **20-Day Citation and Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, to: **UK Thang** as **Employee at R/A Office** of **Change Healthcare Technology Enabled Services LLC**, at the address of: **2595 North Dallas Parkway, Suite 350, Frisco, TX 75034**, and informed said person of the contents therein, in compliance with F.S. 48.061 and F.S. 48.062.

**Description** of Person Served: Age: 25 to 35, Sex: M, Race/Skin Color: _, Height: 5'6" to 5'11", Weight: 160 to 180, Hair: Black, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Signed by:
F2AC62FF2FAC443

**Bobby Mgbameh**
PSC-25204

**Lynx Legal Services,**
**a U.S. Legal Support company**
**201 E Pine St., Ste 740**
**Orlando, FL 32801**
**(407) 872-0707**

Our Job Serial Number: LIN-2026011290
Ref: 7078271-001/092077.01500

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stephanie Dillehay on behalf of Craig Dillard
Bar No. 24040808
stephanie.dillehay@nelsonmullins.com
Envelope ID: 111527593
Filing Code Description: No Fee Documents
Filing Description: Proof of Service as to Change Healthcare Technology Enabled Services LLC
Status as of 2/20/2026 3:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jason P.Sharp | | jason.sharp@nelsonmullins.com | 2/20/2026 2:03:28 PM | SENT |
| Anel Valdez | | anel.valdez@nelsonmullins.com | 2/20/2026 2:03:28 PM | SENT |
| Craig Dillard | | craig.dillard@nelsonmullins.com | 2/20/2026 2:03:28 PM | SENT |
| Kiara ChardayGradney | | kiara.gradney@nelsonmullins.com | 2/20/2026 2:03:28 PM | SENT |
| Docketing HOU | | Docketing.HOU@nelsonmullins.com | 2/20/2026 2:03:28 PM | SENT |
| Stephanie Dillehay | | stephanie.dillehay@nelsonmullins.com | 2/20/2026 2:03:28 PM | SENT |